## SMITH v. STATE.

### No. 27017.

Court of Criminal Appeals of Texas.

June 2, 1954.

No attorney on appeal, for appellant.

Ewing Werlein, Dist. Atty., King C. Haynie, Asst. Dist. Atty., Houston, Wesley Dice, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted as a second offender of the offense of unlawfully driving an automobile upon a public highway while under the influence of intoxicating liquor, and his punishment was assessed at confinement in the state penitentiary for a term of two years.

The indictment and all matters of procedure appear regular. The record is before us without a statement of facts or bills of exception. In the absence thereof nothing is presented for review.

The judgment of the trial court is affirmed.